UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                          Case No. 21-CR-63

ANGELIQUE HUNTER,

    Defendant.

## ORDER EXTENDING SELF-REPORT DATE

Upon consideration of Defendant's motion to extend the self-report date and the fact that the government offers no objection, the Court ORDERS that the motion is GRANTED and that Ms. Hunter shall self-surrender to the designated facility on November 24, 2021.

        **SO ORDERED** this 21st day of October, 2021.


s/ William C. Griesbach
William C. Griesbach
United States District Judge